ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| WILLIAM A. FINCH, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 3:12-cv-1104 |
| | ) | |
| REGIONS BANK | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE KNOWLES |
| Defendant. | ) | |
| | ) | JURY DEMAND |
| | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Come now the parties and respectfully move the Court for a brief extension of the deadline to complete discovery, specifically depositions, in this matter. In support of this motion, the parties submit that they have diligently participated in discovery in this matter to date. The parties have exchanged written discovery and completed the deposition of the Plaintiff. However, at the time of this motion, two fact witnesses remain to be deposed, one of whom resides in Alabama.

Accordingly, the parties respectfully request that the current deadline to complete discovery, October 11, be extended to November 1, 2013. This extension affects neither the dispositive motion deadline, currently set for November 25, 2013, nor the trial date of April 14, 2014.

DATED this 11th day of October, 2013.